ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re: )
   Paul A. Dexter )  Case No. SV05-10745 KT
)   Chapter 7
Debtor(s) )

FILED OCT 16 2008 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America, declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $7,399.75 deposited with the court on the following date of September 10, 2007 on behalf of Cash Call, Inc.

2. Please complete the applicable subparagraph(s) below:

   ☐ a. I am the debtor named in paragraph 1.

   ☐ b. I am an employee of the debtor named in paragraph 1 and my title is _____. The debtor is still legally entitled to the monies and I am authorized by the debtor to file this petition. Submit evidence establishing authority to act on behalf of the debtor.

   ☐ c. I am the Successor in Interest and have appointed Keys Research as my lawful attorney-in-fact who is duly authorized by the attached original Agent Authorization.

   ☒ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because I have signed an Agent Authorization and declare that Keys Research is to be duly authorized to act on my behalf.

(Continued on next Page)
Motion for Order Releasing Unclaimed funds—Page 1 F 3011-1

---
Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Motion for Order Releasing Unclaimed Funds – Page 2                                    F 3011-1

| In Re:<br><br>Paul A. Dexter<br><br><br>Debtor(s) | Case No. SV05-10745 KT<br>Chapter   7 |
|---|---|

3. Please complete each of the following subparagraphs:

   a.   The following is the creditor's current address and phone number:  1600 S. Douglass Road, Anaheim CA 92806 and (949) 752-4609.

   b.   A brief history of the Successor in Interest is as follows:

   The original disbursement was not presented for payment within 90 days after issuance because the debtor did not receive the check at the address on the Trustee's Report of 1920 Main Street, #400, Irvine, CA 92614-7210.  The creditor is no longer doing business that   at address. The current address and phone number are listed above.  Documentation of current address is attached.

4,      I understand that, pursuant to the 18 U.S.C. §152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

---

Revised May 2004    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **F 3011-1**

Motion for Order Releasing Unclaimed Funds – Page 3                                F 3011-1

| In Re:<br>Paul A. Dexter | Case No. SV05-10745 KT |
| --- | --- |
| Debtor(s) | Chapter 7 |

_____
Signature

_Hilary Holland, Vice President_
Print Name and Title

_1000 S. Douglass Rd._
Address

_Anaheim, CA 92806_
City, State, Zip

_(949) 752-4609_
Current phone number

State of _California_  County of _Orange_.

On _October 2, 2008_ before me, personally appeared
_Hilary Holland_

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public
My commission expires on _Oct. 16, 2011_

(SEAL)

HIARA A. SHALLAHAMER
Commission # 1773700
Notary Public - California
Orange County

Revised May 2004. This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
                                    F3011-1

Motion for order Releasing Unclaimed Funds – Page 4                                F3011-1

| In Re:<br>  Paul A. Dexter<br><br>              Debtor(s) | Case No. SV05-10745 KT<br>Chapter 7 |
|---|---|

_signature_

Signature of Attorney-In-Fact

Charlene Keys, Keys Research, Owner

23630 SE 440th Street

Enumclaw WA 98022

(360) 825-7300

### STATE OF WASHINGTON, COUNTY OF KING:

On October 3, 2008 before me, personally appeared Charlene J. Keys, (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.



_signature_

Notary Public

My commission expires on  8/29/09

Presented by:

Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Revised May, 2004.  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California                                **F 3011-1**

Motion for Order Releasing Funds – Page 5     F 3011-1

| In Re:<br>  Paul A. Dexter<br><br>                     Debtors | Case No. SV05-10745 KT<br><br>Chapter 7 |
|---|---|

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of American that on October 3, 2008, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney                United States Trustee's Office
312 North Spring Street               725 S Figueroa, 26th Floor
Los Angeles CA 90012                  Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any.

David Gottlieb

15233 Ventura Blvd. 9th FL.

Sherman Oaks CA 91403

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any.

Paul A. Dexter                        Leon D. Bayer

POB 7126                              888 S Figueroa #1970

Northridge CA 91327-7126              Los Angeles CA 90017

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel.

Cash Call

1920 Main Street

Irvine CA 92614

October 3, 2008                       _[signature]_
Date                                  Charlene J. Keys, dba Keys Research

David K. Gottlieb
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee



FILED
SEP 10 2007

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re:

PAUL A. DEXTER,

    Debtor.

Case No.: SV05-10745 KT
CHAPTER 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 120 in the sum of $7,399.75, representing the total amount of unclaimed dividend(s) in the above-entitled Debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is as follows:

| Check No. | Name and Address | Amount |
|---|---|---|
| 114 | Cash Call, Inc.<br>1920 Main Street, Suite 400<br>Irvine, CA 92614-7210 | $7,399.75 |

Dated: September 6, 2007

David K. Gottlieb, Trustee

**1:05-bk-10745-KT** Paul A Dexter
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Kathleen Thompson
**Date filed:** 02/10/2005 **Date discharged:** 07/11/2005
**Date terminated:** 11/09/2007 **Date of last filing:** 11/09/2007

# Parties

**Paul A Dexter**
Po Box 7126
Northridge, CA 91327-7126
SSNs: xxx-xx-4743
*(Debtor)*

represented by

**Leon D Bayer**
888 S Figueroa Ste 1970
Los Angeles, CA 90017
213-629-8801
bkcyattys@aol.com

**Fremont Investment & Loan**
*Added: 10/11/2005*
*(Creditor)*

represented by

**Les A Zieve**
4370 Tujunga Ave Ste 220
Studio City, CA 91604
818-487-2500
818-487-2525 (fax)
amolina@zievelaw.com
*Assigned: 10/11/05*
*LEAD ATTORNEY*

**David Keith Gottlieb**
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2201
(818) 325-8441
dkgtrustee@horwathcal.com
*(Trustee)*

represented by

**Michael S Kogan**
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd 9th Fl
Beverly Hills, CA 90212-2974
310-273-6333
310-859-2325 (fax)
mkogan@ecjlaw.com
*Assigned: 04/05/06*
*LEAD ATTORNEY*

**Grobstein, Horwath & Company LLP**

15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403
*Added: 05/24/2006*
*(Accountant)*

**United States Trustee (SV)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
ustpregion16.wh.ecf@usdoj.gov
*Added: 07/14/2007*
*(U.S. Trustee)*

| PACER Service Center |
|---|
| |

# AGENT AUTHORIZATION

**Cash Call, Inc.** does hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

To reclaim, recover and return unclaimed funds in the amount<br>
of $7,399.75 less agreed upon fee, to the signatory below.

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED __10/2/08__    SIGNED _____

_Hilary Holland, Vice President_
Print Name and Title

CORPORATE SEAL

TAX ID Number __33-0890858__

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.

Dated_____    Signed_____

................................................................

## NOTARY ACKNOWLEDGMENT

State __California__, County of __Orange__

ACKNOWLEDGED before me on this date __October 2, 2008__, by the individual(s) described above and holding the position designated in this instrument and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

CHIARA A. SHALLAHAMER
Commission # 1773700
Notary Public - California
Orange County
My Comm. Expires Oct 16, 2011

NOTARY PUBLIC _____
My commission expires on __Oct 16, 2011__

## AFFIDAVIT OF PREVIOUS ADDRESS
Cash Call, Inc.

BE IT ACKNOWLEDGED, that I, **Hilary Holland**, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I am the **Vice President** of Cash Call, Inc. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Cash Call, Inc. and its subsidiaries, affiliates and acquisitions. Cash Call, Inc. and its subsidiaries, affiliates and acquisitions have numerous branch addresses, business locations, and payment centers, the addresses of which have changed, and/or been eliminated over time. For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this **2** day of **October**, 2007.

Signed: _____

***

## NOTARY ACKNOWLEDGMENT

State of **California** County of **Orange**

ACKNOWLEDGED before me on this date **October 2, 2008**, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

*[Notary Seal: CHIARA A. SHALLAHAMER, Commission # 1773700, Notary Public - California, Orange County, My Comm. Expires Oct 16, 2011]*

Notary Public
My commission Expires **Oct. 16, 2011**

## OFFICER'S CERTIFICATE OF AUTHORITY
### Cash Call, Inc.

This affirmation certifies that _Hilary Holland_ (signer on the Agent Authorization) is the _Vice President_ of Cash Call, Inc. and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owing to Cash Call Inc.

Signed: _[signature]_

Name: _Del O. Meeks_

Title: _CFO_

Address: _11600 S. Douglass Rd._
_Anaheim, CA 92806_

Must be signed by an Officer other than the signer on the Agent Authorization)

Affix Corporate Seal

**PLEASE NOTE:** Another corporate officer other than signator on Agent Authorization must sign this document.

*********************************************************************

### NOTARY ACKNOWLEDGMENT

State of _California_ County of _Orange_ Acknowledged before me on _October 2, 2008_, by _Del O. Meeks_ who says that he/she is _CFO_ of the corporation named above and is authorized to execute this power in it's behalf.

Date: _October 2, 2008_

_[signature]_
Notary Public
My commission expires _Oct. 16, 2011_

NOTARY SEAL



CHIARA A. SHALLAHAMER
Commission # 1773700
Notary Public - California
Orange County
My Comm. Expires Oct 16, 2011

Legal Identification
(Signator of Agent Authorization)

SEE ATTACHED

Business Card
(Signator of Agent Authorization)

CashCall™

HILARY HOLLAND
VICE PRESIDENT
949-752-4609
949-225-4609 (FAX)
HHOLLAND@CASHCALL.COM

1600 S. DOUGLASS ROAD
ANAHEIM, CA 92806
WWW.CASHCALL.COM

Business Card
(Signator of Officer Certificate of Authority)

CashCall™

DELBERT (DEL) D. MEEKS, CPA
CHIEF FINANCIAL OFFICER
949-752-4674
949-225-4674 (FAX)
DMEEKS@CASHCALL.COM

1600 S. DOUGLASS ROAD
ANAHEIM, CA 92806
WWW.CASHCALL.COM

